# Court of Appeals
# of the State of Georgia

ATLANTA,___December 11, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0677.  FRED FENDER v. BRANCH BANKING AND TRUST CO.**

This case originated when Branch Banking and Trust Co. applied for confirmation of a foreclosure sale against Fred Fender.  After the court entered an order confirming the sale, Fender moved to set aside the judgment pursuant to OCGA § 9-11-60 (d).  The court denied his motion, and Fender then filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review.  See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006).  Fender's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____12/11/2014_____*
   *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*